| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF GEORGIA |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy             04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Areu Studios, LLC** | |
|---|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **83-2606650** | |
| 4. | Debtor's address | **Principal place of business**<br><br>**3133 Continental Colony Parkway SW**<br>**Atlanta, GA 30331**<br>Number, Street, City, State & ZIP Code<br><br>**Fulton**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor **Areu Studios, LLC**_____  Case number (*if known*)_____
    Name

| 7. | Describe debtor's business | A. *Check one:* |
|---|---|---|

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    ■ None of the above

B. *Check all that apply*
    ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
    ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
    See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 2

Debtor  **Areu Studios, LLC**_____  Case number (*if known*)_____
         Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>  What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>                      Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>         Contact name _____<br>         Phone _____ |

■ **Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ■ 1-49         ☐ 1,000-5,000          ☐ 25,001-50,000<br>☐ 50-99        ☐ 5001-10,000         ☐ 50,001-100,000<br>☐ 100-199      ☐ 10,001-25,000       ☐ More than100,000<br>☐ 200-999 |
| **15.** | **Estimated Assets** | ■ $0 - $50,000                ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000           ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000          ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million        ☐ $100,000,001 - $500 million     ☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000                ■ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000           ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000          ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million        ☐ $100,000,001 - $500 million     ☐ More than $50 billion |

Debtor  **Areu Studios, LLC**  Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **October 29, 2020**
MM / DD / YYYY

X **/s/ Ozzie Areu**                               **Ozzie Areu**
Signature of authorized representative of debtor    Printed name

Title  **Manager**

**18. Signature of attorney**

X **/s/ Cameron M. McCord**                        Date **October 29, 2020**
Signature of attorney for debtor                   MM / DD / YYYY

**Cameron M. McCord 143065**
Printed name

**Jones & Walden, LLC**
Firm name

**699 Piedmont Avenue NE**
**Atlanta, GA 30308**
Number, Street, City, State & ZIP Code

Contact phone  **404-564-9300**    Email address  **info@joneswalden.com**

**143065 GA**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Areu Studios, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF GEORGIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Adam Keen** | | **Professional Services** | | | | $122,500.00 |
| **AT&T** **2300 Parklake Center Dr** **Tucker, GA 30084** | | **Internet Service** | | | | $1,979.00 |
| **Cinelease** **10 Southwoods Pkwy #100** **Atlanta, GA 30354** | | | | | | $387,777.00 |
| **Clayton Robert Barker III** **Law Offices of Robert Barker** **4779 Sedberry Hill Court SE** **Atlanta, GA 30339** | | **Professional Services** | | | | $25,386.00 |
| **Cushman & Wakefield** **1180 Peachtree Street NE #3100** **Atlanta, GA 30309** | | | | | | $7,500.00 |
| **Develop LLC** | | **Professional Services (April - October)** | | | | $35,000.00 |
| **ECS, Inc.** **15351 West 109th Street** **Lenexa, KS 66219** | | | | | | $4,899.00 |
| **Endavo Media & Communications** **3423 Piedmont Rd NE** **Atlanta, GA 30305** | | | | | | $65,912.00 |
| **Eric Cape** | | **Investor Loan** | | | | $110,000.00 |

Debtor **Areu Studios, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Green Fern Tree Service**  **1310 Northshore Drive**  **Roswell, GA 30076** | | | | | | $5,750.00 |
| **Humana**  **500 West Main Street**  **Louisville, KY 40202** | | | | | | $6,540.00 |
| **Johnson Controls**  **1350 Northmeadow Pkwy #100**  **Roswell, GA 30075** | | | | | | $56,220.00 |
| **Mary Propes**  **MFVDPR, LLC**  **Charleston, SC 29492** | | **Investor Loan** | | | | $350,000.00 |
| **Mike Phelps** | | **Investor Loan** | | | | $110,000.00 |
| **Miriam Miras** | | **Investor Loan** | | | | $290,000.00 |
| **Palmer Productions**  **2023 S. Westgate Avenue**  **Los Angeles, CA 90025** | | **Unpaid Compensation (July, August, September, October)** | | | | $50,000.00 |
| **Rene Jongsman**  **2828 Peachtree #2801**  **Atlanta, GA 30305** | | **Investor Loan** | | | | $125,000.00 |
| **Rinehart Security & Consulting**  **2451 Cumberland Pkwy, SE**  **Atlanta, GA 30339** | | | | | | $131,501.00 |
| **Sophia Hellena (Lynch)** | | **Unpaid Compensation (June, July, August, September, October)** | | | | $52,083.00 |
| **Spot on Content LLC**  **6787 West Tropicana, Suite 233**  **Las Vegas, NV 89103** | | **Investor Loan** | | | | $187,500.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 2

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Adam Keen

AT&T
2300 Parklake Center Dr
Tucker, GA 30084

Cinelease
10 Southwoods Pkwy #100
Atlanta, GA 30354

Clayton Robert Barker III
Law Offices of Robert Barker
4779 Sedberry Hill Court SE
Atlanta, GA 30339

Corporate Creations Network In
2985 Gordy Parkway, 1st Floor
Marietta, GA 30066

Cushman & Wakefield
1180 Peachtree Street NE #3100
Atlanta, GA 30309

Develop LLC

ECS, Inc.
15351 West 109th Street
Lenexa, KS 66219

Endavo Media & Communications
3423 Piedmont Rd NE
Atlanta, GA 30305

Eric Cape

```
Green Fern Tree Service
1310 Northshore Drive
Roswell, GA 30076


Humana
500 West Main Street
Louisville, KY 40202


Johnson Controls
1350 Northmeadow Pkwy #100
Roswell, GA 30075


Lawrence & Bundy LLC
1180 W. Peachtree St NW #1650
Atlanta, GA 30309


Mary Propes
MFVDPR, LLC
Charleston, SC 29492


Mike Phelps



Miriam Miras



Palmer Productions
2023 S. Westgate Avenue
Los Angeles, CA 90025


Rene Jongsman
2828 Peachtree #2801
Atlanta, GA 30305


Rinehart Security & Consulting
2451 Cumberland Pkwy, SE
Atlanta, GA 30339
```

```
Sohonet
12950 Culver Blvd, Suite 100
Los Angeles, CA 90066


Sophia Hellena (Lynch)


Spot on Content LLC
6787 West Tropicana, Suite 233
Las Vegas, NV 89103


ULINE
12575 Uline Drive
Pleasant Prairie, WI 53158


VSC Fire Security
1780 Corporate Drive, Ste 425
Norcross, GA 30093
```

# United States Bankruptcy Court
## Northern District of Georgia

In re  **Areu Studios, LLC**
Debtor(s)

Case No.
Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Areu Studios, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 29, 2020**
Date

**/s/ Cameron M. McCord**
**Cameron M. McCord 143065**
Signature of Attorney or Litigant
Counsel for **Areu Studios, LLC**
**Jones & Walden, LLC**
**699 Piedmont Avenue NE**
**Atlanta, GA 30308**
**404-564-9300 Fax:404-564-9301**
**info@joneswalden.com**