**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE:<br><br>**AREU STUDIOS, LLC,**<br><br>            Debtor. | CHAPTER 11<br><br>CASE NO. 20-71228-pmb |

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR**

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor in contemplation of or in connection with the bankruptcy case is as follows:

**For legal services, I have agreed to accept:** a pre-petition retainer in the amount of $43,885.50 for fees and services to be rendered in respect to Bankruptcy matters, in which the Firm holds a security interest. The Firm is not a creditor and has not received any other payments from or on behalf of the Debtor except for: (i) the $43,885.50 retainer and (ii) $6,414.50 for services rendered and expenses incurred prior to the Petition Date. For services rendered relating to the bankruptcy case, Debtor has agreed to pay fees billed at the normal hourly rates of Jones & Walden, LLC, for time expended on its behalf and may owe an additional amount should the actual fees and expenses exceed the retainer set forth above. Fees and expenses rendered during the pendency of the case are subject to court approval.

**Balance Due:** Undetermined, depending upon court approval.

2. The source of the compensation paid to me was: Debtor.

3. The source of compensation to be paid to me is: Debtor.

4. I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

5. In return for the above fee, I have agreed to render legal service for aspects of the bankruptcy case, including:

   a) Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b) Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

c) Representation of the debtor at the meeting of creditors and any adjourned hearings thereof.

## Certification

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor in this bankruptcy proceeding.

Date: November 5, 2020

**JONES & WALDEN LLC**

*/s/ Cameron M. McCord*
Cameron M. McCord
Georgia Bar No. 143065
Proposed Attorney for Debtor
699 Piedmont Avenue, NE
Atlanta, Georgia 30308
(404) 564-9300
cmccord@joneswalden.com