**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE:<br><br>AREU STUDIOS, LLC,<br><br>　　Debtor. | CHAPTER 11<br><br>CASE NO. 20-71228-pmb |

**NOTICE OF FILING SMALL BUSINESS DOCUMENTS**

COMES NOW, Areu Studios, LLC ("Debtor"), debtor and debtor in possession in the above-captioned case, by and through undersigned counsel, and hereby files the following: Statement of Operations attached and incorporated by reference as **Exhibit "A"**; and (b) Cash Flow Statement and Balance Sheet attached and incorporated by reference as **Exhibit "B."** Debtor will provide its most recently filed tax return to the United States Trustee's office, and will provide a copy of the return upon request by parties in interest.

Respectfully submitted this 6th day of November, 2020.

　　　　　　　　　　　　　　　　　　**JONES & WALDEN LLC**

　　　　　　　　　　　　　　　　　　/s/ *Cameron M. McCord*
　　　　　　　　　　　　　　　　　　Cameron M. McCord
　　　　　　　　　　　　　　　　　　Georgia Bar No. 143065
　　　　　　　　　　　　　　　　　　699 Piedmont Avenue, NE
　　　　　　　　　　　　　　　　　　Atlanta, Georgia 30308
　　　　　　　　　　　　　　　　　　(404) 564-9300 Telephone
　　　　　　　　　　　　　　　　　　(404) 564-9301 Facsimile
　　　　　　　　　　　　　　　　　　Proposed Attorney for Debtor
　　　　　　　　　　　　　　　　　　cmccord@joneswalden.com

**Exhibit "A"**

STATEMENT OF OPERATIONS

Debtor operates a full service film and television production studio on a fully functioning studio campus including: (i) 200,000 square feet of studio space, (ii) five purpose built concrete soundstages, (iii) 30 dressing rooms & make up stations, (iv) backlot with residential streets, and (v) a turnkey soundstage.

**Exhibit "B"**

Balance Sheet and Cash Flow Statement

# Areu Studios Cash Profit and Loss
### 9 Months Ended September 30, 2020

| | |
|---|---:|
| **Revenues** | |
|   Master lease | 1,381,200 |
|   Production Space Rentals (other) | 0 |
|   Production Space Rentals (Cinelease) | 1,630,767 |
|     Commission to Cinelease (20% gross revenue) | (326,153) |
| **Net Revenues** | 2,685,814 |
| **Other Income** | 0 |
| **Total Income** | 2,685,814 |
| | |
| **Expenses** | |
|   Property Lease | 665,089 |
|   TP Krog Interest | 0 |
|   Repairs & Maint. | 73,450 |
|   Equipment Rental | 0 |
|   Furniture and Fixtures | 12,119 |
|   Insurance | 1,559 |
|   Utilities - Power | 171,454 |
|   Utilities - Gas | 14,243 |
|   Utilities -Water | 11,110 |
|   Utilities - Phone/Internet | 37,722 |
|   Security | 215,904 |
|   Waste Management | 3,318 |
|   HVAC Service contract | 57,370 |
|   Pest Control | 4,950 |
|   Directv | 1,764 |
|   Licenses-Business, Other | 970 |
|   Payroll Service | 976 |
|   Office Expenses | 11,186 |
|   Miscellaneous Expense | 5,401 |
|   Compensation | 478,328 |
|   Healthcare | 75,781 |
|   Travel & Entertainment | 40,146 |
|   Marketing/Promo/Website | 22,581 |
|   Accounting | 24,500 |
|   Legal & Professional | 128,561 |
| **Total Expenses** | 2,058,482 |
| | |
| **Profit / (Loss) Before Depreciation** | 627,332 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **IN RE:** | **CHAPTER 11** |
| **AREU STUDIOS, LLC,** | **CASE NO. 20-71228-pmb** |
| **Debtor.** | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the date indicated below the foregoing *Notice of Filing Small Business Documents* was filed using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of and accompanying link to the Notice to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing Program.

- **Matthew R. Brooks**    matthew.brooks@troutmansanders.com
- **Shawna Staton**    shawna.p.staton@usdoj.gov

This 6th day of November, 2020.

**JONES & WALDEN LLC**

/s/ *Cameron M. McCord*
Cameron M. McCord
Georgia Bar No. 143065
699 Piedmont Avenue NE
Atlanta, Georgia 30308
(404) 564-9300 Telephone
(404) 564-9301 Facsimile
Proposed Attorney for Debtor
cmccord@joneswalden.com