IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>AREU STUDIOS, LLC,<br><br>  Debtor. | CHAPTER 11<br><br>CASE NO. 20-71228-PMB |

**MOTION REQUESTING ENTRY OF ORDER APPROVING OFFER OF ADEQUATE ASSURANCE OF FUTURE PERFORMANCE TO RESPONDENTS**

COMES NOW Areu Studios, LLC (collectively with Good Deed 317, LLC "Debtors"),[1] by and through the undersigned counsel, and hereby files this "*Motion Requesting Entry of Order Approving Offer of Adequate Assurance of Future Performance to Respondents*" (the "Motion"). In support of the Motion, Debtors shows the Court as follows:

**Jurisdiction**

1. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

**Background**

2. On October 29, 2020 (the "Petition Date"), Debtors each filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (as amended, modified, or supplemented the "Bankruptcy Code").

3. Debtor Areu Studios, LLC operates a production studio with principal offices located at 3133 Continental Colony Parkway SW, Atlanta, GA 30331 (the "Premises").

4. Debtor Good Deed 317, LLC owns the Premises.

---

[1] A motion requesting the same relief is being filed in Good Deed 317, LLC, Case No. 20-71227.

5.Pursuant to Sections 1107 and 1108 of the Bankruptcy Code, Debtors continue to operate their businesses as a debtors-in-possession.

6.Georgia Power Company provides electric services to Areu Studios, LLC at the Premises.

7.Gas South provides natural gas services to the Areu Studios, LLC at the Premises.

8.AT&T provides phone and internet services to Areu Studios, LLC at the Premises.

9.Sohonet provides internet services to Areu Studios, LLC at the Premises.

10.DirectTV provides cable tv services to Areu Studios, LLC at the Premises.

11.City of Atlanta Department of Watershed Management provides water and solid waste services to Good Deed 317, LLC at the Premises. (Georgia Power Company, Gas South, AT&T, Sohonet, DirectTV and City of Atlanta Department of Watershed Management are collectively referred to herein as the "Providers" or separately as "Provider").

## Relief Requested

12.By the Motion, Debtors request entry of an order: (a) prohibiting the Providers from altering, refusing, or disconnecting services on account of the failure to pay a prepetition invoice when due, the filing of this bankruptcy case, or the failure to post an additional deposit; (b) deeming the Providers adequately assured of future performance within the meaning of Section 366 of the Bankruptcy Code; and (c) establishing procedures for determining requests for additional adequate assurance made by Providers, if any.

## Basis for Relief Requested

13.Section 366 protects a debtor from the immediate termination of services upon the commencement of a bankruptcy case and simultaneously requires a debtor to provide utility companies with adequate assurance of payment for post-petition utility services. See H.R. Rep.

No. 595, 95th Cong., 1st Sess. 350, reprinted in 1978 U.S.C.C.A.N. 6306.  Section 366 of the Bankruptcy Code provides, in pertinent part, as follows:

> (a)  Except as provided in subsection (b) and (c), a utility may not alter, refuse, or discontinue service to, or discriminate against, the trustee or the debtor solely on the basis of the commencement of a case under this title or that a debt owed by the debtor to such utility for service rendered before the order for relief was not paid when due.
>
> (c)(2)  …with respect to a case filed under chapter 11, a utility referred to in subsection (a) may alter, refuse, or discontinue utility service, if during the 30-day period beginning on the date of the filing of the petition, the utility does not receive from the debtor or the trustee adequate assurance for utility service that is satisfactory to the utility.

11 U.S.C. § 366(a) and (c)(2).

14. Section 366 applies to companies providing electricity, natural gas, water, and telephone services along with entities providing services that cannot be readily obtained or replaced or which has a monopoly with respect to the services being provided to a debtor.  See H.R. Rep. No. 95-585, at 350 (1977); S. Rep. No. 95-989, at 60 (1978).

15. Debtors are capable of keeping current on post-petition obligations that will become due and owing to the Providers.  Moreover, Debtors propose to pay $100.00 to each Provider to be held by the Provider as a post-petition deposit.  Accordingly, Debtors offer such along with the as adequate assurance of future performance.

16. The requested relief is in the best interest of the estate.  Continuation of utility service is critical to Debtors' business operations.  Any discrimination in providing services will result in serious damage to the Debtors' estates, and will jeopardize Debtors' reorganizational efforts.

17. The relief sought in this Motion is without prejudice to the rights of Providers to request additional assurances from the Debtors in the form of deposits or other security. With respect to requesting additional assurances, Debtors propose the following procedure:

> (a) Provider must request additional assurance in writing so that it is actually received by Debtor's counsel, Cameron M. McCord, Jones, & Walden, LLC, 699 Piedmont Ave, Atlanta, Georgia 30308 within twenty-one (21) days after entry of an order approving this Motion (the "Provider Request Deadline"). Any requests received after the Provider Request Deadline shall be untimely and null and void;
>
> (b) In the event Debtor believes that a timely request for additional assurances made by a Provider is unreasonable and the parties are unable to reach a consensual resolution, the Provider shall be required to file a motion for determination of adequate assurance of payment (the "Payment Determination Motion") requesting a hearing. A Payment Determination Motion must be filed within forty-five (45) days after entry of an Order approving this Motion.
>
> (c) In the event a Hearing is scheduled, the Provider shall be deemed to have adequate assurance of payment until an order of the Court is entered in connection with the Hearing.

18. Notice of the Motion and any hearing thereon shall be provided to Providers, the United States Trustee and the parties reflected on the Debtors' mailing matrix.

WHEREFORE, Debtors requests that the Court: (i) approve the Motion and relief requested herein, (ii) direct that Providers shall not alter, refuse, or discontinue post-petition service on account of Debtors' bankruptcy filing or prepetition arrearages or the failure to post a deposit; (iii) approve the offered adequate assurance of payment offered herein; (iv) approve the procedures for requesting additional assurance of payment, and (v) grant such other relief as is deemed just and proper.

(Remainder of Page Intentionally Left Blank)

4

Respectfully submitted this 12th day of November, 2020.

                      **JONES & WALDEN LLC**

                      */s/ Cameron M. McCord*
Cameron M. McCord
Georgia Bar No. 143065
699 Piedmont Ave NE
Atlanta, Georgia 30308
(404) 564-9300
(404) 564-9301 Facsimile
cmccord@joneswalden.com
Proposed Attorney for Debtor in Possession

5

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE:<br><br>AREU STUDIOS, LLC,<br><br>    Debtor. | CHAPTER 11<br><br>CASE NO. 20-71228-PMB |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the foregoing "*Motion Requesting Entry of Order Approving Offer of Adequate Assurance of Future Performance to Respondents*" via U.S. Mail upon the following parties and upon the parties listed on the attached mailing matrix:

Georgia Power Company
241 Ralph McGill Blvd NE
Atlanta, GA 30308

Gas South
3625 Cumberland Blvd SE
Atlanta, GA 30339

DirecTV
PO Box 105249
Atlanta, GA 30348

Sohonet Inc.
Dept LA 24489
Pasadena, CA 91185

AT&T
c/o Bankruptcy
4331 Communications Dr
Flr 4W
Dallas, TX 75211

City of Atlanta Department of
Watershed Management
72 Marietta St NW
Atlanta, GA 30303

This 12th of November, 2020.

**JONES & WALDEN LLC**

/s/ *Cameron M. McCord*
Cameron M. McCord
Georgia Bar No. 143065
Proposed Attorney for Debtor
699 Piedmont Ave, NE
Atlanta, GA 30308
(404) 564-9300
cmccord@joneswalden.com

6

```
Label Matrix for local noticing         AT&T                                    Areu Studios, LLC
113E-1                                  2300 Parklake Center Dr                 3133 Continental Colony Parkway SW
Case 20-71228-pmb                       Tucker, GA 30084                        Atlanta, GA 30331-3109
Northern District of Georgia
Atlanta
Thu Nov 12 14:50:29 EST 2020

Matthew R. Brooks                       Cinelease                               Clayton Robert Barker III
Troutman Pepper Hamilton Sanders LLP    10 Southwoods Pkwy #100                 Law Offices of Robert Barker
Suite 3000                              Atlanta, GA 30354-3733                  4779 Sedberry Hill Court SE
600 Peachtree Street, NE                                                        Atlanta, GA 30339-5362
Atlanta, GA 30308-2305

Corporate Creations Network In          Cushman & Wakefield                     ECS, Inc.
2985 Gordy Parkway, 1st Floor           1180 Peachtree Street NE #3100          15351 West 109th Street
Marietta, GA 30066-3078                 Atlanta, GA 30309-7529                  Lenexa, KS 66219-1201


Endavo Media & Communications           Green Fern Tree Service                 Humana
3423 Piedmont Rd NE                     1310 Northshore Drive                   500 West Main Street
Atlanta, GA 30305-1751                  Roswell, GA 30076-2816                  Louisville, KY 40202-4268



Internal Revenue Service                                                        Johnson Controls
P. O. Box 7346                                                                  1350 Northmeadow Pkwy #100
Philadelphia, PA 19101-7346                                                     Roswell, GA 30076-5703



LV Atlanta LLC                          Lawrence & Bundy LLC                    Mary Propes
175 SW 7th St., Suite 2101              1180 W. Peachtree St NW #1650           MFVDPR, LLC
Miami, FL 33130-2962                    Atlanta, GA 30309-3728                  Charleston, SC 29492



                                        Palmer Productions                      Rene Jongsman
                                        2023 S. Westgate Avenue                 2828 Peachtree #2801
                                        Los Angeles, CA 90025-6118              Atlanta, GA 30305-5119



Rinehart Security & Consulting          Secretary of the Treasury               Sohonet
2451 Cumberland Pkwy, SE                15th & Pennsylvania Avenue, NW          12950 Culver Blvd, Suite 100
Atlanta, GA 30339-6136                  Washington, DC 20200                    Los Angeles, CA 90066-6785



Spot on Content LLC                     Shawna Staton                           U. S. Securities and Exchange Commission
6787 West Tropicana, Suite 233          Office of the United States Trustee     Office of Reorganization
Las Vegas, NV 89103-4913                362 Richard Russell Building            Suite 900
                                        75 Ted Turner Drive, SW                 950 East Paces Ferry Road, NE
                                        Atlanta, GA 30303-3315                  Atlanta, GA 30326-1382


ULINE                                   VSC Fire Security                       UnitedHealthcare Insurance Company
12575 Uline Drive                       1780 Corporate Drive, Ste 425           ATTN: CDM/Bankruptcy
Pleasant Prairie, WI 53158-3686         Norcross, GA 30093-2958                 185 Asylum Street
                                                                                03B
                                                                                Hartford, CT 06103-3408
```