IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>AREU STUDIOS, LLC,<br><br>　　　　Debtor. | CHAPTER 11<br><br>CASE NO. 20-71228-PMB |

NOTICE OF ASSIGNMENT OF HEARING

**PLEASE TAKE NOTICE** that the Debtor filed a **"MOTION REQUESTING ENTRY OF ORDER APPROVING OFFER OF ADEQUATE ASSURANCE OF FUTURE PERFORMANCE TO RESPONDENTS"** (the "Motion") and related papers with the Court on November 12, 2020.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion at **2:00 p.m. on December 14, 2020, Courtroom 1202, U.S. Courthouse, Richard B. Russell Building, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303.** *Given the current public health crisis, hearings may be telephonic only.  Please check the "[Important Information Regarding Court Operations During COVID-19 Outbreak](#)" tab at the top of the GANB Website ([http://www.ganb.uscourts.gov/](http://www.ganb.uscourts.gov/)) prior to the hearing for instructions on whether to appear in person or by phone.*

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)  If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so.  If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is United States Bankruptcy Court, 75 Ted Turner Drive SW, Room 1340, Atlanta, GA 30303.  You must also mail a copy of your response to the undersigned at the address stated below.

　　　　This 12th of November, 2020.

　　　　　　　　　　　　　　　　　　　　　　　**JONES & WALDEN LLC**

　　　　　　　　　　　　　　　　　　　　　　　/s/ *Cameron M. McCord*
　　　　　　　　　　　　　　　　　　　　　　　Cameron M. McCord
　　　　　　　　　　　　　　　　　　　　　　　Georgia Bar No. 143065
　　　　　　　　　　　　　　　　　　　　　　　Proposed Attorney for Debtor
　　　　　　　　　　　　　　　　　　　　　　　699 Piedmont Avenue, NE
　　　　　　　　　　　　　　　　　　　　　　　Atlanta, GA 30308
　　　　　　　　　　　　　　　　　　　　　　　(404) 564-9300
　　　　　　　　　　　　　　　　　　　　　　　cmccord@joneswalden.com

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

AREU STUDIOS, LLC,

    Debtor.

CHAPTER 11

CASE NO. 20-71228-PMB

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing "Notice of Assignment of Hearing" via U.S. Mail upon the following parties and upon the parties listed on the attached mailing matrix:

Georgia Power Company
241 Ralph McGill Blvd NE
Atlanta, GA 30308

DirecTV
PO Box 105249
Atlanta, GA 30348

AT&T
c/o Bankruptcy
4331 Communications Dr
Flr 4W
Dallas, TX 75211

Gas South
3625 Cumberland Blvd SE
Atlanta, GA 30339

Sohonet Inc.
Dept LA 24489
Pasadena, CA 91185

City of Atlanta Department of
Watershed Management
72 Marietta St NW
Atlanta, GA 30303

This 12th of November, 2020.

**JONES & WALDEN LLC**

/s/ *Cameron M. McCord*
Cameron M. McCord
Georgia Bar No. 143065
Proposed Attorney for Debtor
699 Piedmont Ave, NE
Atlanta, GA 30308
(404) 564-9300
cmccord@joneswalden.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 20-71228-pmb<br>Northern District of Georgia<br>Atlanta<br>Thu Nov 12 14:50:29 EST 2020 | AT&T<br>2300 Parklake Center Dr<br>Tucker, GA 30084 | Areu Studios, LLC<br>3133 Continental Colony Parkway SW<br>Atlanta, GA 30331-3109 |
| Matthew R. Brooks<br>Troutman Pepper Hamilton Sanders LLP<br>Suite 3000<br>600 Peachtree Street, NE<br>Atlanta, GA 30308-2305 | Cinelease<br>10 Southwoods Pkwy #100<br>Atlanta, GA 30354-3733 | Clayton Robert Barker III<br>Law Offices of Robert Barker<br>4779 Sedberry Hill Court SE<br>Atlanta, GA 30339-5362 |
| Corporate Creations Network In<br>2985 Gordy Parkway, 1st Floor<br>Marietta, GA 30066-3078 | Cushman & Wakefield<br>1180 Peachtree Street NE #3100<br>Atlanta, GA 30309-7529 | ECS, Inc.<br>15351 West 109th Street<br>Lenexa, KS 66219-1201 |
| Endavo Media & Communications<br>3423 Piedmont Rd NE<br>Atlanta, GA 30305-1751 | Green Fern Tree Service<br>1310 Northshore Drive<br>Roswell, GA 30076-2816 | Humana<br>500 West Main Street<br>Louisville, KY 40202-4268 |
| Internal Revenue Service<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | | Johnson Controls<br>1350 Northmeadow Pkwy #100<br>Roswell, GA 30076-5703 |
| LV Atlanta LLC<br>175 SW 7th St., Suite 2101<br>Miami, FL 33130-2962 | Lawrence & Bundy LLC<br>1180 W. Peachtree St NW #1650<br>Atlanta, GA 30309-3728 | Mary Propes<br>MFVDPR, LLC<br>Charleston, SC 29492 |
| | Palmer Productions<br>2023 S. Westgate Avenue<br>Los Angeles, CA 90025-6118 | Rene Jongsman<br>2828 Peachtree #2801<br>Atlanta, GA 30305-5119 |
| Rinehart Security & Consulting<br>2451 Cumberland Pkwy, SE<br>Atlanta, GA 30339-6136 | Secretary of the Treasury<br>15th & Pennsylvania Avenue, NW<br>Washington, DC 20200 | Sohonet<br>12950 Culver Blvd, Suite 100<br>Los Angeles, CA 90066-6785 |
| Spot on Content LLC<br>6787 West Tropicana, Suite 233<br>Las Vegas, NV 89103-4913 | Shawna Staton<br>Office of the United States Trustee<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 | U. S. Securities and Exchange Commission<br>Office of Reorganization<br>Suite 900<br>950 East Paces Ferry Road, NE<br>Atlanta, GA 30326-1382 |
| ULINE<br>12575 Uline Drive<br>Pleasant Prairie, WI 53158-3686 | VSC Fire Security<br>1780 Corporate Drive, Ste 425<br>Norcross, GA 30093-2958 | UnitedHealthcare Insurance Company<br>ATTN: CDM/Bankruptcy<br>185 Asylum Street<br>03B<br>Hartford, CT 06103-3408 |