**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **IN RE:** | **CHAPTER 11** |
| **AREU STUDIOS, LLC,** | |
| **Debtor.** | **CASE NO. 20-71228-pmb** |

**NOTICE OF HEARING ON DEBTOR'S DISCLOSURE STATEMENT
WITH REGARD TO CHAPTER 11 PLAN OF REORGANIZATION**

**PLEASE TAKE NOTICE** that on November 11, 2020, Debtor Areu Studios, LLC filed its *Disclosure Statement with Regard to Chapter 11 Plan of Reorganization* ("Disclosure Statement") (Doc. No. 16) referring to a *Chapter 11 Plan of Reorganization* (Doc. No. 17)

**PLEASE TAKE FURTHER NOTICE that the Court shall hold a hearing on the Disclosure Statement on the 14th day of December, 2020 at 2:00 o'clock p.m., Courtroom 1202, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303.** *Given the current public health crisis, hearings may be telephonic only.  Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website (http://www.ganb.uscourts.gov/) prior to the hearing for instructions on whether to appear in person or by phone.*

Your rights may be affected by the Court's ruling on the Motion. You should read the pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)  If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing.  You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so.  If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response.  Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing.  The address of the Clerk's Office is Clerk, U.S. Bankruptcy Court, 1340 United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA  30303.  You must

also mail a copy of your response to the undersigned at the address stated below and the United States Trustee at 75 Ted Turner Drive, SW, Suite 362, Atlanta, Georgia, 30303.

This 13th day of November, 2020.

**JONES & WALDEN LLC**

*/s/ Cameron M. McCord*
Cameron M. McCord
Georgia Bar No. 143065
699 Piedmont Avenue, NE
Atlanta, Georgia 30308
cmccord@joneswalden.com
(404) 564-9300

### IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

IN RE:

**AREU STUDIOS, LLC,**

        **Debtor.**

**CHAPTER 11**

**CASE NO. 20-71228-pmb**

### CERTIFICATE OF SERVICE

I hereby certify that on this day the *Notice of Hearing on Debtor's Disclosure Statement with Regard to Chapter 11 Plan of Reorganization* (the "Notice") was filed using the Bankruptcy Court's Electronic Filing program which sends a notice of and an accompanying link to the Notice to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing Program:

- Matthew R. Brooks: matthew.brooks@troutmansanders.com;
- Shawna Staton: shawna.p.staton@usdoj.gov

I further certify that on this day I caused a true and correct copy of the Notice to be served upon the parties listed on the attached mailing matrix via U.S. First Class Mail by placing a copy of same in a properly addressed envelope with adequate postage affixed thereon.

This 13th day of November, 2020.

        **JONES & WALDEN LLC**

        */s/ Cameron M. McCord*
        Cameron M. McCord
        Georgia Bar No. 143065
        Proposed Attorney for Debtor
        699 Piedmont Avenue, NE
        Atlanta, Georgia 30308
        (404) 564-9300
        cmccord@joneswalden.com

AT&T
2300 Parklake Center Dr
Tucker, GA 30084

Areu Studios, LLC
3133 Continental Colony Parkway SW
Atlanta, GA 30331-3109

Cinelease
10 Southwoods Pkwy #100
Atlanta, GA 30354-3733

Clayton Robert Barker III
Law Offices of Robert Barker
4779 Sedberry Hill Court SE
Atlanta, GA 30339-5362

Corporate Creations Network In
2985 Gordy Parkway, 1st Floor
Marietta, GA 30066-3078

Cushman & Wakefield
1180 Peachtree Street NE #3100
Atlanta, GA 30309-7529

ECS, Inc.
15351 West 109th Street
Lenexa, KS 66219-1201

Endavo Media & Communications
3423 Piedmont Rd NE
Atlanta, GA 30305-1751

Green Fern Tree Service
1310 Northshore Drive
Roswell, GA 30076-2816

Humana
500 West Main Street
Louisville, KY 40202-4268

Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346

Johnson Controls
1350 Northmeadow Pkwy #100
Roswell, GA 30076-5703

LV Atlanta LLC
175 SW 7th St., Suite 2101
Miami, FL 33130-2962

Lawrence & Bundy LLC
1180 W. Peachtree St NW #1650
Atlanta, GA 30309-3728

Mary Propes
MFVDPR, LLC
Charleston, SC 29492

Palmer Productions
2023 S. Westgate Avenue
Los Angeles, CA 90025-6118

Rene Jongsman
2828 Peachtree #2801
Atlanta, GA 30305-5119

Rinehart Security & Consulting
2451 Cumberland Pkwy, SE
Atlanta, GA 30339-6136

Secretary of the Treasury
15th & Pennsylvania Avenue, NW
Washington, DC 20200

Sohonet
12950 Culver Blvd, Suite 100
Los Angeles, CA 90066-6785

Spot on Content LLC
6787 West Tropicana, Suite 233
Las Vegas, NV 89103-4913

U. S. Securities and Exchange Commission
Office of Reorganization
Suite 900
950 East Paces Ferry Road, NE
Atlanta, GA 30326-1382

ULINE
12575 Uline Drive
Pleasant Prairie, WI 53158-3686

VSC Fire Security
1780 Corporate Drive, Ste 425
Norcross, GA 30093-2958

UnitedHealthcare Insurance Company
ATTN: CDM/Bankruptcy
185 Asylum Street
03B
Hartford, CT 06103-3408