

**IT IS ORDERED as set forth below:**

Date: **December 22, 2020**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| In re: | | CASE NUMBER |
|---|---|---|
| **AREU STUDIOS, LLC,** | | **20-71228-PMB** |
| Debtor. | | CHAPTER 11 |

### ORDER AND NOTICE SCHEDULING WEBEX CONFIRMATION HEARING

On December 11, 2020, counsel for the above-named Debtor filed an *Amended Disclosure Statement for Amended Plan of Reorganization* (the "Disclosure Statement")(Docket No. 43) and *Amended Plan of Reorganization* (the "Plan")(Docket No. 44). On December 16, 2020 the Court entered an *Order and Notice (A) Conditionally Approving Debtor's Disclosure Statement for Plan of Reorganization, (B) Establishing Balloting and Objection Deadlines, and (C) Scheduling Confirmation Hearing and Final Hearing on Disclosure Statement* (the "Conditional Approval")(Docket No. 47). The Conditional Approval conditionally approved the Disclosure Statement and set a hearing to consider confirmation of the Plan and final approval of the Disclosure Statement for January 19, 2021 (the "Confirmation Hearing). In view of the continuing

COVID-19 pandemic, the Confirmation Hearing will need to be held by video conference. Consequently, it is hereby

**ORDERED** that the Confirmation Hearing will be conducted **via WebEx**. It is further

**ORDERED** that all creditors and parties in interest that desire to present evidence or make argument at the Confirmation Hearing (the "Parties")[1] will participate in a WebEx practice session conducted by the Court, which session will be attended by counsel for all such Parties and by all witnesses on **January 15, 2021 at 11:00 A.M.** or on such other date and time as the Court may direct.[2] It is further

**ORDERED** that the Parties shall be required to file, no later than **12:00 P.M.** on **January 15, 2021** (i) an electronic copy of each exhibit that such Party intends to use at the Confirmation Hearing[3] (assuring each document can be accessed separately), and (ii) a list of witnesses that such Party intends to call at the Confirmation Hearing.[4] Parties are also required to e-mail a full set of exhibits to Judge Baisier's Chambers, as well as to the other Parties. And it is further

**ORDERED** that if a Party becomes aware, after the deadline above, of other exhibits such Party intends to use at the Confirmation Hearing, such Party shall inform the Court and the other Parties as soon as such Party is aware of such exhibits. Such Party will also be required to file an electronic copy of any additional exhibits on the docket in this case (assuring each document can

---

[1] Parties should contact Chambers at (404) 215-1010 to coordinate their attendance at the practice session.

[2] Creditors, parties in interest, and their counsel ("Non-participants"), who only wish to listen to the Confirmation Hearing do not need to attend the practice session and will be able to attend the Confirmation Hearing by telephone. Non-participants should contact Chambers at (404) 215-1010 for a dial-in number.

[3] Exhibits shall include the following: (i) a master list of exhibits and (ii) a complete set of labeled exhibits. All exhibits shall be identified by letters (e.g., Exhibit A, B, C, etc.), or numbers (e.g., Exhibit 1-1, 1-2, 1-3, etc.).

[4] Inclusion of a name on a witness list simply informs all parties that you may call the witness, and does not in any respect compel or otherwise require the attendance of that witness at the Confirmation Hearing, which must be arranged or compelled by other available means.

be accessed separately).  The Court will consider the circumstances and determine whether and for what purposes (if any) the Party can use the new exhibits.  And it is further

**ORDERED** that if a Party becomes aware, after the deadline above, of other witnesses such Party intends to call at the Confirmation Hearing, such Party shall inform the Court and the other Parties as soon as such Party is aware of such witness(es).  The Court will consider the circumstances and decide whether and for what purposes (if any) the Party may call such witness(es).  And it is further

**ORDERED** that the Parties shall endeavor in good faith to agree prior to the Confirmation Hearing to a stipulation of exhibits to be admitted.[5]  And it is further

**ORDERED** that the Debtor's Counsel shall, on or before **December 28, 2020**, serve a copy of this Order and Notice Scheduling WebEx Confirmation Hearing on all creditors listed on the mailing matrix and any parties that have filed a notice of appearance in this case, and on the United States Trustee.  The Debtor's Counsel is further directed to file a certificate of service setting forth the manner and method of all such service prior to the Confirmation Hearing.

**[END OF DOCUMENT]**

---

[5] Even if an exhibit is admitted by stipulation, unless a witness testifies as to that exhibit so that the Court can understand what the exhibit is and how it is relevant, such exhibit may not be reviewed or considered by the Court.