IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| AREU STUDIOS, LLC, | CASE NO. 20-71228-PMB |
| Debtor. | |

**CERTIFICATE OF SERVICE**

This is to certify that on December 22, 2020, the *Order and Notice Scheduling WebEx Confirmation Hearing* (Doc. No. 50) (the "Order") was electronically entered using the Bankruptcy Court's Electronic Case Filing program which sends a notice of and an accompanying link to the Order to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

- **Matthew R. Brooks**   matthew.brooks@troutmansanders.com
- **Henry F. Sewell**   hsewell@sewellfirm.com, hsewell123@yahoo.com
- **Shawna Staton**   shawna.p.staton@usdoj.gov
- **Thomas R. Walker**   thomas.walker@fisherbroyles.com

I hereby certify that on this day I have served a copy of the Order on all parties listed on the attached mailing matrix via First Class Mail by placing same in a properly addressed envelope with adequate postage affixed thereon.

This 23rd day of December, 2020.

>  **JONES & WALDEN LLC**
>
>  /s/ *Cameron M. McCord*
>  Cameron M. McCord
>  Georgia Bar No. 143065
>  Attorney for Debtor
>  699 Piedmont Avenue, NE
>  Atlanta, GA 30308
>  (404) 564-9300
>  cmccord@joneswalden.com

```
Label Matrix for local noticing          AT&T
113E-1                                   c/o Bankruptcy
Case 20-71228-pmb                        4331 Communications Dr. Flr 4W
Northern District of Georgia             Dallas, TX 75211-1300
Atlanta
Wed Dec 23 13:28:35 EST 2020

Areu Studios, LLC                        Bank of America, N.A.
3133 Continental Colony Parkway SW       PO BOX 31785
Atlanta, GA 30331-3109                   TAMPA, FL 33631-3785


Cinelease                                Clayton Robert Barker III         Corporate Creations Network In
10 Southwoods Pkwy #100                  Law Offices of Robert Barker      2985 Gordy Parkway, 1st Floor
Atlanta, GA 30354-3733                   4779 Sedberry Hill Court SE       Marietta, GA 30066-3078
                                         Atlanta, GA 30339-5362


Cushman & Wakefield                      ECS, Inc.                         Endavo Media & Communications
1180 Peachtree Street NE #3100           15351 West 109th Street           3423 Piedmont Rd NE
Atlanta, GA 30309-7529                   Lenexa, KS 66219-1201             Atlanta, GA 30305-1751


                                         Green Fern Tree Service           Humana
                                         1310 Northshore Drive             500 West Main Street
                                         Roswell, GA 30076-2816            Louisville, KY 40202-4268


Internal Revenue Service                                                   Johnson Controls
P. O. Box 7346                                                             1350 Northmeadow Pkwy #100
Philadelphia, PA 19101-7346                                                Roswell, GA 30076-5703


LV Atlanta LLC                           Lawrence & Bundy LLC              Mary Propes
175 SW 7th St., Suite 2101               1180 W. Peachtree St NW #1650     MFVDPR, LLC
Miami, FL 33130-2962                     Atlanta, GA 30309-3728            Charleston, SC 29492


                                         Palmer Productions                Rene Jongsman
                                         2023 S. Westgate Avenue           2828 Peachtree #2801
                                         Los Angeles, CA 90025-6118        Atlanta, GA 30305-5119


Rinehart Security & Consulting           Secretary of the Treasury
2451 Cumberland Pkwy, SE                 15th & Pennsylvania Avenue, NW
Atlanta, GA 30339-6136                   Washington, DC 20200


Sohonet                                  Spot on Content LLC
12950 Culver Blvd, Suite 100             6787 West Tropicana, Suite 233
Los Angeles, CA 90066-6785               Las Vegas, NV 89103-4913
```

```
U. S. Securities and Exchange Commission      ULINE
Office of Reorganization                      12575 Uline Drive
Suite 900                                     Pleasant Prairie, WI 53158-3686
950 East Paces Ferry Road, NE
Atlanta, GA 30326-1382


UnitedHealthcare Insurance Company            VSC Fire Security
ATTN: CDM/Bankruptcy                          1780 Corporate Drive, Ste 425
185 Asylum Street                             Norcross, GA 30093-2958
03B
Hartford, CT 06103-3408
```