UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| AREU STUDIOS, LLC, | ) | |
| | ) | CASE NO. 20-71228 PMB |
| Debtor. | ) | |

## NOTICE OF ENTRY OF APPEARANCE

COME NOW Michael D. Robl, Shannon D. McDuffie and Robl Law Group LLC and enter their appearance in the above-styled case on behalf of Spot on Content LLC, and request that they be served with copies of all pleadings, orders, notices, reports, and other documents filed in the above-styled case.

This entry of appearance and request for service does not constitute consent to service of adversary proceedings or contested matters, consent to venue or jurisdiction, or a waiver of objections to venue, personal jurisdiction, subject matter jurisdiction, or to the extent of Constitutional jurisdiction of the Court.

This 30th day of December, 2020.

ROBL LAW GROUP LLC

/s/ Michael Robl
Michael D. Robl
Georgia Bar No. 610905
Shannon D. McDuffie
Georgia Bar No. 187808

3754 Lavista Road, Suite 250
Tucker, GA 30084
(404) 373-5153 (telephone)
(404) 537-1761 (facsimile)
michael@roblgroup.com (e-mail)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| AREU STUDIOS, LLC, | ) | |
| | ) | CASE NO. 20-71228 PMB |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this day electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE** using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

- **Aaron R. Anglin**   aanglin@joneswalden.com, jwdistribution@joneswalden.com
- **Matthew R. Brooks**   matthew.brooks@troutmansanders.com
- **Cameron M. McCord**   cmccord@joneswalden.com, jwdistribution@joneswalden.com;ljones@joneswalden.com;ahirsch@joneswalden.com;cparker@joneswalden.com;lbrown@joneswalden.com;lpineyro@joneswalden.com
- **Henry F. Sewell**   hsewell@sewellfirm.com, hsewell123@yahoo.com
- **Shawna Staton**   shawna.p.staton@usdoj.gov
- **Thomas R. Walker**   thomas.walker@fisherbroyles.com

This 30th day of December, 2020.

ROBL LAW GROUP LLC

/s/ Michael Robl
Michael D. Robl
Georgia Bar No. 610905
Shannon D. McDuffie
Georgia Bar No. 187808

3754 Lavista Road, Suite 250
Tucker, GA 30084
(404) 373-5153 (telephone)
(404) 537-1761 (facsimile)
michael@roblgroup.com (e-mail)