IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>AREU STUDIOS, LLC,<br><br>Debtor. | CHAPTER 11<br><br>CASE NO. 20-71228-PMB |

## CERTIFICATE OF SERVICE

This is to certify that on March 1, 2021, the *First Modification to Second Amended Plan of Reorganization* (Doc. No. 85) (the "Modification") was electronically filed using the Bankruptcy Court's Electronic Case Filing program which sends a notice of and an accompanying link to the Modification to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

- **Jonathan S. Adams**    jonathan.s.adams@usdoj.gov
- **Matthew R. Brooks**    matthew.brooks@troutmansanders.com
- **Michael D. Robl**    michael@roblgroup.com, lelena@roblgroup.com; shannon@roblgroup.com
- **Henry F. Sewell**    hsewell@sewellfirm.com, hsewell123@yahoo.com
- **Shawna Staton**    shawna.p.staton@usdoj.gov
- **Thomas R. Walker**    thomas.walker@fisherbroyles.com

I further certify that on the date indicated below I caused to be served a copy of the Modification and the *Order and Notice Rescheduling WebEx Hearing and Extending Ballot and Objection Deadlines* (Doc. No. 79) to be served upon all parties listed below via method indicated and upon those parties listed on the attached mailing matrix via Federal Express Overnight and U.S. first class mail, postage prepaid.

*Via Federal Express Overnight:*
Areu Bros LLC
3133 Continental Colony Parkway SW
Atlanta, GA 30331

*Via Federal Express Overnight:*
Areu Family Ventures, LLC
3133 Continental Colony Parkway SW
Atlanta, GA 30331

*Via Federal Express Overnight:*
Behind The Curtain Funding, LLC
[redacted]

*Via Federal Express Overnight:*
Windmill Investments, LLC
[redacted]

*Via Federal Express Overnight and Via Email:*
Sophia - Hellena Productions, Inc.

*Via Federal Express Overnight:*
Steve Blum

*Via Federal Express Overnight:*
Mary Propes

*Via Federal Express Overnight:*
Bear Dog Enterprises

*Via Federal Express Overnight:*
Maxx Upside, LLC

*Via Federal Express Overnight and Via Email:*
Spot on Content LLC
6787 West Tropicana, Suite 233
Las Vegas, NV 89103

*Via Federal Express Overnight:*
Eric Cape
390 Brogdon Road
Suwanee, GA 30024

*Via Federal Express Overnight:*
Mike Phelps
390 Brogdon Road
Suwanee, GA 30024

*Via Federal Express Overnight and Via Email:*
Adam Keen

*Via Federal Express Overnight and Via Email:*
Develop LLC

*Via Federal Express Overnight and Via Email:*
Miriam Miras

*Via First Class Mail:*
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

*Via First Class Mail:*
Bank of America, N.A.
P.O. Box 31785
Tampa, FL 33631

 This 2nd day of March, 2021.

              **JONES & WALDEN LLC**

              */s/ Cameron M. McCord*
              Cameron M. McCord
              Georgia Bar No. 143065
              699 Piedmont Avenue, NE
              Atlanta, Georgia 30308
              (404) 564-9300 Telephone
              Attorney for Debtor
              cmccord@joneswalden.com

```
Label Matrix for local noticing          AT&T                                      
113E-1                                   c/o Bankruptcy                            
Case 20-71228-pmb                        4331 Communications Dr. Flr 4W            
Northern District of Georgia             Dallas, TX 75211-1300                     
Atlanta
Tue Mar  2 10:27:30 EST 2021



                                         Cinelease                                 Clayton Robert Barker III
                                         10 Southwoods Pkwy #100                   Law Offices of Robert Barker
                                         Atlanta, GA 30354-3733                    4779 Sedberry Hill Court SE
                                                                                   Atlanta, GA 30339-5362


Corporate Creations Network In           Cushman & Wakefield                       ECS, Inc.
2985 Gordy Parkway, 1st Floor            1180 Peachtree Street NE #3100            15351 West 109th Street
Marietta, GA 30066-3078                  Atlanta, GA 30309-7529                    Lenexa, KS 66219-1201



Endavo Media & Communications                                                      Green Fern Tree Service
3423 Piedmont Rd NE                                                                1310 Northshore Drive
Atlanta, GA 30305-1751                                                             Roswell, GA 30076-2816



Humana
500 West Main Street
Louisville, KY 40202-4268



Johnson Controls                         LV Atlanta LLC                            Lawrence & Bundy LLC
1350 Northmeadow Pkwy #100               175 SW 7th St., Suite 2101                1180 W. Peachtree St NW #1650
Roswell, GA 30076-5703                   Miami, FL 33130-2962                      Atlanta, GA 30309-3728



                                                                                   Palmer Productions
                                                                                   2023 S. Westgate Avenue
                                                                                   Los Angeles, CA 90025-6118



Rene Jongsman                            Rinehart Security & Consulting
2828 Peachtree #2801                     2451 Cumberland Pkwy, SE
Atlanta, GA 30305-5119                   Atlanta, GA 30339-6136



Secretary of the Treasury                                                          Sohonet
15th & Pennsylvania Avenue, NW                                                     12950 Culver Blvd, Suite 100
Washington, DC 20200                                                               Los Angeles, CA 90066-6785
```

```
U. S. Securities and Exchange Commission      ULINE
Office of Reorganization                      12575 Uline Drive
Suite 900                                     Pleasant Prairie, WI 53158-3686
950 East Paces Ferry Road, NE
Atlanta, GA 30326-1382


UnitedHealthcare Insurance Company            VSC Fire Security
ATTN: CDM/Bankruptcy                          1780 Corporate Drive, Ste 425
185 Asylum Street                             Norcross, GA 30093-2958
03B
Hartford, CT 06103-3408
```