IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>AREU STUDIOS, LLC,<br><br>        Debtor. | CHAPTER 11<br><br>CASE NO. 20-71228-PMB |

**SUPPLEMENT TO AMENDED DISCLOSURE STATEMENT
FOR PLAN OF REORGANIZATION FOR AREU STUDIOS, LLC**

COMES NOW, Areu Studios, LLC, the debtor and debtor-in-possession in the above-captioned Chapter 11 case ("Debtor"), and hereby files this its "Supplement to Amended Disclosure Statement for Plan of Reorganization for Areu Studios, LLC" and discloses that Debtor's principal, Ozzie Areu, will be employed by Greenberg Georgia Film and TV Studio Holdings, LLC ("Greenberg") as the chief executive officer of the Reorganized Debtor for an annual salary of $500,000.00 per annum for an initial three-year term with two – one year renewal options. Mr. Areu will also receive 20% of the equity in Greenberg as part of his employment package.

This 4th day of March, 2021

JONES & WALDEN LLC

*/s/ Cameron M. McCord*
Cameron M. McCord
Georgia Bar No. 143065
699 Piedmont Ave
Atlanta, Georgia 30308
Attorney for Debtor
404-564-9300 (phone)
cmccord@joneswalden.com

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>AREU STUDIOS, LLC,<br><br>         Debtor. | CHAPTER 11<br><br>CASE NO. 20-71228-PMB |

CERTIFICATE OF SERVICE

This is to certify that on this day the foregoing *Supplement to Amended Disclosure Statement for Plan of Reorganization for Areu Studios, LLC* ("Supplement") was electronically filed using the Bankruptcy Court's Electronic Case Filing program which sends a notice of and an accompanying link to the Supplement to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

- **Jonathan S. Adams**   jonathan.s.adams@usdoj.gov
- **Matthew R. Brooks**   matthew.brooks@troutmansanders.com
- **Michael D. Robl**   michael@roblgroup.com, lelena@roblgroup.com; shannon@roblgroup.com
- **Henry F. Sewell**   hsewell@sewellfirm.com, hsewell123@yahoo.com
- **Shawna Staton**   shawna.p.staton@usdoj.gov
- **Thomas R. Walker**   thomas.walker@fisherbroyles.com

I further certify that on this day I caused a true and correct copy of the Supplement to be served upon all parties listed on the attached mailing matrix via United States mail with sufficient postage affixed thereon.

This 4th day of March, 2021.

JONES & WALDEN LLC

 */s/ Cameron M. McCord*
Cameron M. McCord
Georgia Bar No. 143065
Attorney for Debtor
699 Piedmont Ave NE
Atlanta, GA 30308
(404) 564-9300
(404) 564-9301 Facsimile
cmccord@joneswalden.com

AT&T
c/o Bankruptcy
4331 Communications Dr. Flr 4W
Dallas, TX 75211-1300

Cinelease
10 Southwoods Pkwy #100
Atlanta, GA 30354-3733

Clayton Robert Barker III
Law Offices of Robert Barker
4779 Sedberry Hill Court SE
Atlanta, GA 30339-5362

Corporate Creations Network In
2985 Gordy Parkway, 1st Floor
Marietta, GA 30066-3078

Cushman & Wakefield
1180 Peachtree Street NE #3100
Atlanta, GA 30309-7529

ECS, Inc.
15351 West 109th Street
Lenexa, KS 66219-1201

Endavo Media & Communications
3423 Piedmont Rd NE
Atlanta, GA 30305-1751

Green Fern Tree Service
1310 Northshore Drive
Roswell, GA 30076-2816

Humana
500 West Main Street
Louisville, KY 40202-4268

Johnson Controls
1350 Northmeadow Pkwy #100
Roswell, GA 30076-5703

LV Atlanta LLC
175 SW 7th St., Suite 2101
Miami, FL 33130-2962

Lawrence & Bundy LLC
1180 W. Peachtree St NW #1650
Atlanta, GA 30309-3728

Palmer Productions
2023 S. Westgate Avenue
Los Angeles, CA 90025-6118

Rene Jongsman
2828 Peachtree #2801
Atlanta, GA 30305-5119

Rinehart Security & Consulting
2451 Cumberland Pkwy, SE
Atlanta, GA 30339-6136

Secretary of the Treasury
15th & Pennsylvania Avenue, NW
Washington, DC 20200

Sohonet
12950 Culver Blvd, Suite 100
Los Angeles, CA 90066-6785

```
U. S. Securities and Exchange Commission        ULINE
Office of Reorganization                        12575 Uline Drive
Suite 900                                       Pleasant Prairie, WI 53158-3686
950 East Paces Ferry Road, NE
Atlanta, GA 30326-1382


UnitedHealthcare Insurance Company              VSC Fire Security
ATTN: CDM/Bankruptcy                            1780 Corporate Drive, Ste 425
185 Asylum Street                               Norcross, GA 30093-2958
03B
Hartford, CT 06103-3408
```