UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 11 |
| Areu Studios, LLC, ) | |
| ) | CASE NO. 20-71228-PMB |
| Debtor. ) | |
| _____ ) | |

**WITNESS LIST AND EXHIBIT LIST OF SPOT ON CONTENT, LLC**
**FOR PLAN CONFIRMATION HEARING**

COMES NOW Spot on Content, LLC ("Spot on Content"), and submits its Witness List and Exhibit List for the March 11, 2021 hearing on confirmation of Debtor's Second Amended Plan of Reorganization, and any reset hearings or continuations of that hearing (the "Hearing") in the above-referenced case.

**I.    Witnesses.**

Spot on Content may call the following as witnesses at the Hearing:

1. Phillip Elden.
2. Ozzie Areu.
3. Steve Greenberg.
4. Mary Propes.
5. Eric Cape.
6. Mike Phelps.
7. Rene Jongsman.
8. Bernie Palmer.
9. Charles Lynch.
10. Clayton Robert Barker, III, Esq.
11. Gannon Murphy.
12. Rob Faulkner.
13. Bill Stanford.
14. Katie Goodman.
15. Cameron McCord.
16. James O'Neil, MAI.
17. C. Clayton Davie, MAI.

**II.    Exhibits.**

1

1. Debtor's Schedules of assets and liabilities, and Statement of Financial Affairs.
2. Debtor's Amended Schedules of assets and liabilities.
3. Good Deed 317, LLC's Schedules of assets and liabilities, and Statement of Financial Affairs.
4. Cushman & Wakefield appraisal of property of Good Deed 317, LLC, dated as of September 30, 2020.
5. Second Amended Plan of Reorganization of Areu Studios, LLC.
6. Liquidation Analysis prepared by Spot on Content.
7. First Amended Plan of Reorganization of Areu Studios, LLC.
8. Budget to First Amended Plan of Reorganization of Areu Studios, LLC.
9. Loan agreement between Areu Studios, LLC and Maxx Upside, LLC.
10. First Amended Disclosure Statement of Areu Studios, LLC.
11. Security Agreement between Areu Studios, LLC and TP Krog, LLC.
12. Correspondence between counsel for Spot on Content, LLC and counsel for Debtor regarding Maxx Upside, LLC as improperly provided for in Plan.
13. Operating Report of Areu Studios, LLC filed 12/15/20.

Spot on Content reserves any rights that exist to call additional witnesses, or introduce additional documents, including for purposes of rebuttal or impeachment, and to further amend this Witness List and Exhibit List as appropriate and as may be permitted by the Court.

Dated: This 5th day of March, 2021.

Respectfully Submitted,

By: /s/ Michael Robl
Michael D. Robl
Georgia Bar No. 610905
*Counsel for Spot on Content, LLC*

ROBL LAW GROUP LLC
3754 LaVista Road, Suite 250
Tucker, Georgia 30084
(404) 373-5153 (telephone)
(404) 537-1761 (facsimile)
michael@roblgroup.com (e-mail)

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day served the foregoing **Witness List and Exhibit List** using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program.

Dated: This 5th day of March, 2021.

Respectfully Submitted,

By: /s/ Michael Robl
Michael D. Robl
Georgia Bar No. 610905
*Counsel for Spot on Content, LLC*

ROBL LAW GROUP LLC
3754 LaVista Road, Suite 250
Tucker, Georgia 30084
(404) 373-5153 (telephone)
(404) 537-1761 (facsimile)
michael@roblgroup.com (e-mail)