**Liquidation analysis from Spot on Content, LLC**

| Item | Amount | Notes |
|---|---|---|
| Property value: $25,700,000.00 | | Per Cushman & Wakefield appraisal |
| Secured claim of LV Atlanta, LLC | $12,500,000.00 | Per Debtor's Schedules; LV's Proof of Claim |
| Secured claim of TP Krog, LLC | $3,300,000.00 | The amount owing to Tyler Perry's entity per Plan of Reorganization of Good Deed 317 at p. 15. Note, $300,000 of that amount is subject to challenge as not properly secured as the security deed was recorded within 90 days before the bankruptcy. |
| Property tax claims | $421,424.70 | This amount is from the Plan of Reorganization of Good Deed 317 at p. 11 |
| Unsecured creditors (excluding convenience class) | $1,737,647.67 | This amount is from p. 13 of Plan of Reorganization of Areu Studios LLC. |
| Unsecured creditors in convenience class | $22,625.00 | This amount is from p. 14 of the Plan of Reorganization of Areu Studios LLC. |
| Equity interests - value per Plan | $3,821,228.30 | This amount is from p. 15 of Plan of Reorganization of Areu Studios LLC. This includes Areu Family Ventures, LLC interest at $1,948,826.43, and Areu Bros., LLC interest at $611,396.53. |
| Unsecured insider claim of Good Deed 317, LLC | $1,676,442.00 | This is per p. 16 of Plan of Reorganization of Areu Studios LLC. (No verification / proof of this amount has been submitted). |
| Unsecured insider claim of Ozzie Areu | $703,287.00 | This is per p. 16 of Plan of Reorganization of Areu Studios LLC. (No verification / proof of this amount has been submitted). |
| Attorney's fees of Jones & Walden | $125,000.00 | This is an estimated amount. $43,745.50 was disclosed as a retainer amount and would reduce fees by that amount; we do not have documentation of actual fees. |
| Commission on sale of property | $771,000.00 | This assumes a 3.0% commission on $25,700,000 gross sale price. |
| TOTAL DEBTS & EQUITY VALUE PER DEBTORS and NOTES | $25,078,654.67 | |
| Amount of additional value | $621,345.33 | This amount represents value potentially available to equity holders after satisfaction of all other claims, beyond the payments provided for equity holders in the Plan of Reorganization |