## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE:

AREU STUDIOS, LLC,

        Debtor.

**CHAPTER 11**

**CASE NO. 20-71228-PMB**

### BALLOT FOR ACCEPTING OR REJECTING DEBTORS' PLAN

The Plan referred to in this ballot can be confirmed and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each Class. If the required acceptances are not obtained, the Plan may nevertheless be confirmed if the Court finds that the plan accords fair and equitable treatment to the Class or Classes rejecting it and otherwise satisfies the requirements of Section 1129(b) of the Code.

**TO HAVE YOUR VOTE COUNT, YOU MUST COMPLETE AND RETURN THIS BALLOT ON OR BEFORE** March 10, 2021 **TO:**

Clerk, U.S. Bankruptcy Court
1340 U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3367

You must also deliver a copy of the completed, signed ballot to Debtors' Attorney at: Jones & Walden LLC, 699 Piedmont Ave, NE, Atlanta, Georgia 30309, Attn: Cameron M. McCord

**The undersigned is a holder of** [check one:]

    ____ a secured claim
    _x__ an unsecured claim
    ____ other:

**In the amount of $26,545.67 in Class 6 and hereby:**

__x____ **Accepts**      _____ **Rejects Debtors' Plan of Reorganization**

Date: 3/8/2021

Creditor: United Healthcare Insurance Company
                         Print or Type Name

Signed: _____

[If appropriate] as:   Jayson Ronning / Senior Financial Analyst - Bankruptcy
                      Title

Address:  185 Asylum Street 03B
              Hartford, CT 06103

Phone Number: ____952 979 6215____

Email Address: ____jayson_ronning@uhc.com____