# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

**IN RE:**

**AREU STUDIOS, LLC,**

    **Debtor.**

**CHAPTER 11**

**CASE NO. 20-71228-PMB**

## BALLOT FOR ACCEPTING OR REJECTING DEBTORS' PLAN

The Plan referred to in this ballot can be confirmed and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each Class. If the required acceptances are not obtained, the Plan may nevertheless be confirmed if the Court finds that the plan accords fair and equitable treatment to the Class or Classes rejecting it and otherwise satisfies the requirements of Section 1129(b) of the Code.

**TO HAVE YOUR VOTE COUNT, YOU MUST COMPLETE AND RETURN THIS BALLOT ON OR BEFORE <u>March 10, 2021</u> TO:**

**Clerk, U.S. Bankruptcy Court**
**1340 U.S. Courthouse**
**75 Ted Turner Drive, SW**
**Atlanta, GA 30303-3367**

You must also deliver a copy of the completed, signed ballot to Debtors' Attorney at: Jones & Walden LLC, 699 Piedmont Ave, NE, Atlanta, Georgia 30309, Attn: Cameron M. McCord

**The undersigned is a holder of** [check one:]
    ___ a secured claim
    ___ an unsecured claim
    _x__ other: Equity

**In the amount of $324,804.41, in Class 8 and hereby:**

__x____ Accepts       _____ Rejects Debtors' Plan of Reorganization

Date: 3/4/2021

Creditor: <u>Windmill Investments, LLC</u>
    Print or Type Name

Signed: _____

[If appropriate] as: _____
    Title
Address: 2828 Peachtree Rd #2801
    Atlanta GA 30305
Phone Number: 404-229-2148
Email Address: Rjonfman@yahoo.com