IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

AREU STUDIOS, LLC,

    Debtor.

CHAPTER 11

CASE NO. 20-71228-PMB

**BALLOT FOR ACCEPTING OR REJECTING DEBTORS' PLAN**

The Plan referred to in this ballot can be confirmed and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each Class. If the required acceptances are not obtained, the Plan may nevertheless be confirmed if the Court finds that the plan accords fair and equitable treatment to the Class or Classes rejecting it and otherwise satisfies the requirements of Section 1129(b) of the Code.

**TO HAVE YOUR VOTE COUNT, YOU MUST COMPLETE AND RETURN THIS BALLOT ON OR BEFORE March 10, 2021 TO:**

**Clerk, U.S. Bankruptcy Court**
**1340 U.S. Courthouse**
**75 Ted Turner Drive, SW**
**Atlanta, GA 30303-3367**

You must also deliver a copy of the completed, signed ballot to Debtors' Attorney at: Jones & Walden LLC, 699 Piedmont Ave, NE, Atlanta, Georgia 30309, Attn: Cameron M. McCord

**The undersigned is a holder of** [check one:]
    ___ a secured claim
    _x_ an unsecured claim
    ___ other:

**In the amount of** $131,501.00**, in Class 6 and hereby:**

**_x_** Accepts     _____ Rejects Debtors' Plan of Reorganization

Date: 3/4/2021     Creditor: Rinehart Security & Consulting
                                                Print or Type Name
                                                 Signed: _[signature]_, PRESIDENT
                                                 [If appropriate] as: **President**
                                                            Title
                                         Address: 2451 Cumberland Pkwy SE, Suite 3839
                                                       Atlanta, GA 30339
                                        Phone Number: 770-364-4311
                                        Email Address: Travis@RinehartSecurity.com