**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE:<br><br>AREU STUDIOS, LLC,<br><br>Debtor. | CHAPTER 11<br><br>CASE NO. 20-71228-PMB |

**BALLOT FOR ACCEPTING OR REJECTING DEBTORS' PLAN**

The Plan referred to in this ballot can be confirmed and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each Class. If the required acceptances are not obtained, the Plan may nevertheless be confirmed if the Court finds that the plan accords fair and equitable treatment to the Class or Classes rejecting it and otherwise satisfies the requirements of Section 1129(b) of the Code.

**TO HAVE YOUR VOTE COUNT, YOU MUST COMPLETE AND RETURN THIS BALLOT ON OR BEFORE <u>March 10, 2021</u> TO:**

**Clerk, U.S. Bankruptcy Court**
**1340 U.S. Courthouse**
**75 Ted Turner Drive, SW**
**Atlanta, GA 30303-3367**

You must also deliver a copy of the completed, signed ballot to Debtors' Attorney at: Jones & Walden LLC, 699 Piedmont Ave, NE, Atlanta, Georgia 30309, Attn: Cameron M. McCord

**The undersigned is a holder of** [check one:]
\_\_\_ a secured claim
\_x\_\_ an unsecured claim
\_\_\_ other:

**In the amount of** $65,912.00**, in Class 6 and hereby:**

\_\_x\_\_\_\_ Accepts      _____ Rejects Debtors' Plan of Reorganization

Date: 3/4/2021                Creditor: <u>Endavo Media & Communications</u>
                                                    Print or Type Name
                                        Signed: _[signature]_____
                                        [If appropriate] as: <u>CEO</u>_____
                                                                            Title
                                        Address: <u>3133 Continental Colony Pkwy SW</u>
                                                         <u>Atlanta, GA 30331</u>
                                        Phone Number: <u>877-843-7242 x801</u>
                                        Email Address: <u>finance@endavomedia.com</u>