IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| IN RE: | CHAPTER 11 |
|---|---|
| AREU STUDIOS, LLC, | CASE NO. 20-71228-PMB |
| Debtor. | |

**BALLOT FOR ACCEPTING OR REJECTING DEBTORS' PLAN**

The Plan referred to in this ballot can be confirmed and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each Class. If the required acceptances are not obtained, the Plan may nevertheless be confirmed if the Court finds that the plan accords fair and equitable treatment to the Class or Classes rejecting it and otherwise satisfies the requirements of Section 1129(b) of the Code.

TO HAVE YOUR VOTE COUNT, YOU MUST COMPLETE AND RETURN THIS BALLOT ON OR BEFORE **March 10, 2021** TO:

Clerk, U.S. Bankruptcy Court
1340 U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3367

You must also deliver a copy of the completed, signed ballot to Debtors' Attorney at: Jones & Walden LLC, 699 Piedmont Ave, NE, Atlanta, Georgia 30309, Attn: Cameron M. McCord

**The undersigned is a holder of** [check one:]
___ a secured claim
_x__ an unsecured claim
___ other:

In the amount of $52,083.00, in Class 6 and hereby:

__x___ Accepts        _____ Rejects Debtors' Plan of Reorganization

Date: 3/4/2021            Creditor: Sophia-Hellena Productions, Inc
                          Print or Type Name
                          Signed: [signature]
                          [If appropriate] as: Ceo
                          Title
                          Address: 5580 Meridian Way
                          Oakwood, GA 30566
                          Phone Number: 404 317 4846
                          Email Address: chynch@hynchainc.com