# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| AREU STUDIOS, LLC, | CASE NO. 20-71228-PMB |
| Debtor. | |

## BALLOT FOR ACCEPTING OR REJECTING DEBTORS' PLAN

The Plan referred to in this ballot can be confirmed and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each Class. If the required acceptances are not obtained, the Plan may nevertheless be confirmed if the Court finds that the plan accords fair and equitable treatment to the Class or Classes rejecting it and otherwise satisfies the requirements of Section 1129(b) of the Code.

**TO HAVE YOUR VOTE COUNT, YOU MUST COMPLETE AND RETURN THIS BALLOT ON OR BEFORE January 15, 2021 TO:**

> Clerk, U.S. Bankruptcy Court
> 1340 U.S. Courthouse
> 75 Ted Turner Drive, SW
> Atlanta, GA 30303-3367

You must also deliver a copy of the completed, signed ballot to Debtors' Attorney at: Jones & Walden LLC, 699 Piedmont Ave, NE, Atlanta, Georgia 30309, Attn: Cameron M. McCord

**The undersigned is a holder of** [check one:]
　　___ a secured claim
　　___ an unsecured claim
　　_x_ other: Equity

**In the amount of $114,636.85, in Class 8 and hereby:**

__x___ Accepts　　_____ Rejects Debtors' Plan of Reorganization

Date: 3/8/2021

Creditor: Steven Blum
　　　　　Print or Type Name
Signed: _____

[If appropriate] as: _____
　　　　　　　　　　Title
Address: 1753 Glen Oaks Dr.
　　　　　Montecito, CA 93108
Phone Number: 310-666-6351
Email Address: blum@blumcollins.com