IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>AREU STUDIOS, LLC,<br><br>           Debtor. | CHAPTER 11<br><br>CASE NO. 20-71228-PMB |

**BALLOT FOR ACCEPTING OR REJECTING DEBTORS' PLAN**

      On November 11, 2020, Areu Studios, LLC ("Debtor") filed its "Disclosure Statement for Plan of Reorganization" (Doc. No. 16) and "Plan of Reorganization" (Doc. No. 17). On December 11, 2020, the Debtor filed its "Amended Disclosure Statement for Amended Plan of Reorganization" (Doc. No. 43) (the "Disclosure Statement") and "Amended Plan of Reorganization" (Doc. No. 44) (the "Plan").

      The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Jones & Walden LLC, 699 Piedmont Ave NE, Atlanta, Georgia 30309, (404) 564-9300 (telephone), (404) 564-9301 (facsimile). The Disclosure Statement and Plan are available for review in the Clerk, U.S. Bankruptcy Court, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303 during normal business hours or online at http://ecf.ganb.uscourts.gov (registered users) or at http://pacer.psc.uscourts.gov (unregistered users).

      **You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you may receive a ballot for each class in which you are entitled to vote and you may use a copy of the ballot or request an additional ballot if you do not receive one.**

      **If your ballot is not received by Clerk, U.S. Bankruptcy Court, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303 _on or before March 10, 2021,_ and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

      **If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

AREU STUDIOS, LLC,

Debtor.

CHAPTER 11

CASE NO. 20-71228-PMB

**BALLOT FOR ACCEPTING OR REJECTING DEBTORS' PLAN**

The Plan referred to in this ballot can be confirmed and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each Class. If the required acceptances are not obtained, the Plan may nevertheless be confirmed if the Court finds that the plan accords fair and equitable treatment to the Class or Classes rejecting it and otherwise satisfies the requirements of Section 1129(b) of the Code.

**TO HAVE YOUR VOTE COUNT, YOU MUST COMPLETE AND RETURN THIS BALLOT ON OR BEFORE March 10, 2021 TO:**

Clerk, U.S. Bankruptcy Court
1340 U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3367

You must also deliver a copy of the completed, signed ballot to Debtors' Attorney at: Jones & Walden LLC, 699 Piedmont Ave, NE, Atlanta, Georgia 30309, Attn: Cameron M. McCord

**The undersigned is a holder of** [check one:]
___ a secured claim
_X_ an unsecured claim
___ other [specify:_____]

In the amount of **$1,500.00**, in Class **7** and hereby:

_X_ Accepts     ___ Rejects Debtors' Plan of Reorganization

Date: 9 March 2021         Creditor: Sohonet
                                      Print or Type Name
                           Signed: /s/
                           [If appropriate] as: CFO
                                               Title
                           Address: 12950 Culver Blvd
                                    Los Angeles, CA 90066
                           Phone Number: +1 310 449 8600
                           Email Address: robert.sweet@sohonet.com

2