IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

AREU STUDIOS, LLC,

Debtor.

CHAPTER 11

CASE NO. 20-71228-PMB

**BALLOT FOR ACCEPTING OR REJECTING DEBTORS' PLAN**

The Plan referred to in this ballot can be confirmed and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each Class. If the required acceptances are not obtained, the Plan may nevertheless be confirmed if the Court finds that the plan accords fair and equitable treatment to the Class or Classes rejecting it and otherwise satisfies the requirements of Section 1129(b) of the Code.

**TO HAVE YOUR VOTE COUNT, YOU MUST COMPLETE AND RETURN THIS BALLOT ON OR BEFORE March 10, 2021 TO:**

Clerk, U.S. Bankruptcy Court
1340 U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3367

You must also deliver a copy of the completed, signed ballot to Debtors' Attorney at: Jones & Walden LLC, 699 Piedmont Ave, NE, Atlanta, Georgia 30309, Attn: Cameron M. McCord

**The undersigned is a holder of** [check one:]
_____ a secured claim
__X__ an unsecured claim
_____ other [specify:_____]

In the amount of **$5,750.00**, in Class **7** and hereby:

__X__ Accepts     _____ Rejects Debtors' Plan of Reorganization

Date: 03/08/2021

Creditor: Green Fern Tree Service
Print or Type Name

Signed: Amir Osmanbasic
[If appropriate] as: Owner
Title
Address: 1310 Northshore Dr.
Roswell, GA 30076
Phone Number: 770.560.4744
Email Address: amir.greenferntreeservice@gmail.com

2