IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION



IN RE:

AREU STUDIOS, LLC,

　　　　Debtor.

CHAPTER 11

CASE NO. 20-71228-PMB

**BALLOT FOR ACCEPTING OR REJECTING DEBTORS' PLAN**

　　　　The Plan referred to in this ballot can be confirmed and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each Class. If the required acceptances are not obtained, the Plan may nevertheless be confirmed if the Court finds that the plan accords fair and equitable treatment to the Class or Classes rejecting it and otherwise satisfies the requirements of Section 1129(b) of the Code.

　　　　**TO HAVE YOUR VOTE COUNT, YOU MUST COMPLETE AND RETURN THIS BALLOT ON OR BEFORE March 10, 2021 TO:**

　　　　　　　　　　Clerk, U.S. Bankruptcy Court
　　　　　　　　　　1340 U.S. Courthouse
　　　　　　　　　　75 Ted Turner Drive, SW
　　　　　　　　　　Atlanta, GA 30303-3367

You must also deliver a copy of the completed, signed ballot to Debtors' Attorney at: Jones & Walden LLC, 699 Piedmont Ave, NE, Atlanta, Georgia 30309, Attn: Cameron M. McCord

**The undersigned is a holder of** [check one:]
　　___ a secured claim
　　_X_ an unsecured claim
　　___ other [specify:_____]

**In the amount of $5,750.00, in Class 7 and hereby:**

　　_X_ Accepts　　　　___ Rejects Debtors' Plan of Reorganization

Date: 03/08/2021　　　　Creditor: Green Fern Tree Service
　　　　　　　　　　　　　　　　Print or Type Name
　　　　　　　　　　　　　Signed: Amir Osmanbasic
　　　　　　　　　　　　　[If appropriate] as: Owner
　　　　　　　　　　　　　　　　Title
　　　　　　　　　　　　　Address: 1310 Northshore Dr.
　　　　　　　　　　　　　　　　　Roswell, GA 30076
　　　　　　　　　　　　　Phone Number: 770.560.4744
　　　　　　　　　　　　　Email Address: amir.greenferntreeservice@gmail.com

2.

# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>AREU STUDIOS, LLC,<br><br>    **Debtor.** | CHAPTER 11<br><br>CASE NO. 20-71228-PMB |

## BALLOT FOR ACCEPTING OR REJECTING DEBTORS' PLAN

  On November 11, 2020, Areu Studios, LLC ("Debtor") filed its "Disclosure Statement for Plan of Reorganization" (Doc. No. 16) and "Plan of Reorganization" (Doc. No. 17). On December 11, 2020, the Debtor filed its "Amended Disclosure Statement for Amended Plan of Reorganization" (Doc. No. 43) (the "Disclosure Statement") and "Amended Plan of Reorganization" (Doc. No. 44) (the "Plan").

  The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Jones & Walden LLC, 699 Piedmont Ave NE, Atlanta, Georgia 30309, (404) 564-9300 (telephone), (404) 564-9301 (facsimile). The Disclosure Statement and Plan are available for review in the Clerk, U.S. Bankruptcy Court, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303 during normal business hours or online at http://ecf.ganb.uscourts.gov (registered users) or at http://pacer.psc.uscourts.gov (unregistered users).

  **You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you may receive a ballot for each class in which you are entitled to vote and you may use a copy of the ballot or request an additional ballot if you do not receive one.**

  **If your ballot is not received by Clerk, U.S. Bankruptcy Court, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303 _on or before March 10, 2021_, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

  **If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**




USPS.COM/PICKUP

**PRIORITY MAIL EXPRESS**

U.S. POSTAGE PAID
PME 1-Day
ROSWELL, GA
30076
MAR 08, 21
AMOUNT
**$26.35**
R2305H129992-06

1007    30303

EJ 188 138 260 US

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)    PHONE (770) 560-4744

Green Fern Tree Service LLC
PO BOX 767631
Roswell, GA 30076

CLEARED
MAR -9 2021
U.S. Marshals

**DELIVERY OPTIONS (Customer Use Only)**
☑ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required
☐ 10:30 AM Delivery Required

TO: (PLEASE PRINT)    PHONE (404) 215-1000

Clerk, U.S. Bankruptcy Court
75 Ted Turner Drive, S.W.
Atlanta, GA
ZIP+4: 30303 -

- For pickup or USPS Tracking, visit USPS.com or call 800-222-1811.
- $100.00 insurance included.

← PEEL FROM THIS CORNER

**PAYMENT BY ACCOUNT (if applicable)**

**ORIGIN (POSTAL SERVICE USE ONLY)**
☑ 1-Day    ☐ 2-Day    ☐ Military    ☐ DPO
PO ZIP Code: 30076
Scheduled Delivery Date: 03/09/21
Postage: $26.35
Date Accepted: 03/08/21
Scheduled Delivery Time: ☑ 12 NOON
Time Accepted: 5:40 PM
Weight: 1 lb 8 oz    ☑ Flat Rate
Acceptance Employee Initials: WJ
Total Postage & Fees: $26.35

**DELIVERY (POSTAL SERVICE USE ONLY)**

LABEL 11-B, MARCH 2019    PSN 7690-02-000-9996

FP13F May 2020