IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>GOOD DEED 317, LLC,<br><br>          Debtor. | CHAPTER 11<br><br>CASE NO. 20-71227-PMB |
| IN RE:<br><br>AREU STUDIOS, LLC,<br><br>          Debtor. | CHAPTER 11<br><br>CASE NO. 20-71228-PMB |

### SUPPLEMENTAL GOOD DEED 317, LLC AND AREU STUDIOS, LLC'S WITNESS LIST AND EXHIBIT LIST FOR CONFIRMATION HEARING AND FINAL HEARING ON DISCLOSURE STATEMENTS ON MARCH 11, 2021

COME NOW, Areu Studios, LLC and Good Deed 317, LLC (hereinafter "Debtors") and, pursuant to this Court's *Order and Notice Rescheduling WebEx Hearing and Extending Ballot and Objection Deadlines* (20-71228 Doc. No. 79; 20-71227 Doc. No. 66), file this Supplemental Witness List and Exhibit List, which Debtors intend to introduce at the Confirmation Hearing and Final Hearing on Debtors' Disclosure Statements which is scheduled to be held on March 11, 2021 at 11:30 a.m.

## WITNESS LIST

Will Call:

1. Ozzie Areu

May Call:

1. Steven Greenberg, Greenberg Georgia Film and TV Studio, LLC
2. Don Moses, Arena Investments, L.P.
3. Mark Smith, Vantage Point Advisory[1]

---
[1] James O'Neil, Cushman & Wakefield was previously designated to testify. Mr. O'Neil has had an emergency arise and is unable to testify. Mr. Smith is testifying in Mr. O'Neil's place.

**EXHIBIT LIST**

1. *Debtors' Exhibit 1*: Budget in Support of Confirmation
2. *Debtors' Exhibit 2*: Greenberg Georgia Film and TV Studio Holdings, LLC Financial Projections
3. *Debtors' Exhibit 3*: September 30, 2020 Cushman & Wakefield Appraisal
4. *Debtors' Exhibit 4:* Greenberg Georgia Film and TV Studio Holdings, LLC Commitment Letter and Draft Closing Statement

Debtors also requests that the Court take judicial notice of all motions, orders, schedules, statements, pleadings, or other filings filed in the Bankruptcy Case. Debtors reserve the right to tender copies of such pleadings. Debtors reserve the right to supplement or amend this exhibit list. Debtors may use or offer into evidence any exhibit designated, used, or relied upon by any other party and any exhibits necessary for rebuttal or impeachment purposes.

Respectfully submitted this 10th day of March, 2021.

**JONES & WALDEN LLC**

*/s/ Cameron M. McCord*
Cameron M. McCord
Georgia Bar No. 143065
699 Piedmont Avenue NE
Atlanta, GA 30308
(404) 564-9300
cmccord@joneswalden.com
Attorney for Debtors