# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE:

AREU STUDIOS, LLC,

      Debtor.

**CHAPTER 11**

**CASE NO. 20-71228-PMB**

## BALLOT FOR ACCEPTING OR REJECTING DEBTORS' PLAN

The Plan referred to in this ballot can be confirmed and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each Class. If the required acceptances are not obtained, the Plan may nevertheless be confirmed if the Court finds that the plan accords fair and equitable treatment to the Class or Classes rejecting it and otherwise satisfies the requirements of Section 1129(b) of the Code.

**TO HAVE YOUR VOTE COUNT, YOU MUST COMPLETE AND RETURN THIS BALLOT ON OR BEFORE March 10, 2021 TO:**

**Clerk, U.S. Bankruptcy Court**
**1340 U.S. Courthouse**
**75 Ted Turner Drive, SW**
**Atlanta, GA 30303-3367**

You must also deliver a copy of the completed, signed ballot to Debtors' Attorney at: Jones & Walden LLC, 699 Piedmont Ave, NE, Atlanta, Georgia 30309, Attn: Cameron M. McCord

**The undersigned is a holder of** [check one:]
    _x_ a secured claim
    ___ an unsecured claim
    ___ other:

**In the amount of $12,500,000.00, in Class 5 and hereby:**

__x__ Accepts        _____ Rejects Debtors' Plan of Reorganization

Date: 3/10/2021

Creditor: LV Atlanta, LLC
           Print or Type Name

Signed: *Matthew Brooks*

[If appropriate] as: Counsel for LV Atlanta, LLC
           Title

Address: 600 Peachtree Street, N.E., Suite 3000
          Atlanta, GA 30308-2216

Phone Number: 404.885.3000

Email Address: matthew.brooks@troutman.com