UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| AREU STUDIOS, LLC, | ) | CASE NO. 20-71228-pmb |
| Debtor. | ) | |

### BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S PLAN

The Plan referred to in this ballot can be confirmed and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each Class. If the required acceptances are not obtained, the Plan may nevertheless be confirmed if the Court finds that the plan accords fair and equitable treatment to the Class or Classes rejecting it and otherwise satisfies the requirements of Section 1129(b) of the Code.

**TO HAVE YOUR VOTE COUNT, YOU MUST COMPLETE AND RETURN THIS BALLOT ON OR BEFORE March 10, 2021 TO:**

Clerk U.S. Bankruptcy Court,
1340 U.S. Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303

You must also deliver a copy of the completed, signed ballot to Debtors' Attorney at: Jones & Walden LLC, 699 Piedmont Ave, NE, Atlanta, Georgia 30309, Attn: Cameron M. McCord.

**The undersigned is a holder of** [check one:]

\_\_\_\_ a secured claim
\_\_\_\_ an unsecured claim
__X__ other:

**In the amount of** __5.0% equity__ **, in Class** __8__ **and hereby:**

\_\_\_\_ Accepts     __X__ Rejects Debtors' Plan of Reorganization

Date: March 9, 2021

Creditor: Behind the Curtain Funding, LLC
Print or Type Name

Signed: _[signature]_

[If appropriate] as: __Chairman__
Title

Address: 390 Bridgton Road
Suwanee, GA 30024

Phone Number: (404) 863-8198

Email Address: tcape@bfhcompany.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: ) CHAPTER 11
AREU STUDIOS, LLC, ) CASE NO. 20-71228-pmb
   Debtor. )

**BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S PLAN**

The Plan referred to in this ballot can be confirmed and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each Class. If the required acceptances are not obtained, the Plan may nevertheless be confirmed if the Court finds that the plan accords fair and equitable treatment to the Class or Classes rejecting it and otherwise satisfies the requirements of Section 1129(b) of the Code.

**TO HAVE YOUR VOTE COUNT, YOU MUST COMPLETE AND RETURN THIS BALLOT ON OR BEFORE <u>March 10, 2021</u> TO:**

    **Clerk U.S. Bankruptcy Court,**
    **1340 U.S. Courthouse**
    **75 Ted Turner Drive, S.W.**
    **Atlanta, Georgia 30303**

You must also deliver a copy of the completed, signed ballot to Debtors' Attorney at: Jones & Walden LLC, 699 Piedmont Ave, NE, Atlanta, Georgia 30309, Attn: Cameron M. McCord.

**The undersigned is a holder of** [check one:]

    ___ a secured claim
    ___ an unsecured claim
    **X** other: _____

**In the amount of** __5.0% equity__, **in Class** __8__ **and hereby:**

    ___ Accepts    **X** Rejects Debtors' Plan of Reorganization

Date: March 9, 2021

Creditor: Behind the Curtain Funding, LLC
            Print or Type Name

Signed: [signature]

[If appropriate] as: PARTNER
               Title

Address: 390 BROGDON ROAD
          SUWANEE, GA 30024

Phone Number: (404) 867-8195

Email Address: mphelps@bthcompany.com