## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE:

**AREU STUDIOS, LLC,**

**Debtor.**

**CHAPTER 11**

**CASE NO. 20-71228-PMB**

### BALLOT FOR ACCEPTING OR REJECTING DEBTORS' PLAN

The Plan referred to in this ballot can be confirmed and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each Class. If the required acceptances are not obtained, the Plan may nevertheless be confirmed if the Court finds that the plan accords fair and equitable treatment to the Class or Classes rejecting it and otherwise satisfies the requirements of Section 1129(b) of the Code.

**TO HAVE YOUR VOTE COUNT, YOU MUST COMPLETE AND RETURN THIS BALLOT ON OR BEFORE <u>March 10, 2021</u> TO:**

**Clerk, U.S. Bankruptcy Court**
**1340 U.S. Courthouse**
**75 Ted Turner Drive, SW**
**Atlanta, GA 30303-3367**

You must also deliver a copy of the completed, signed ballot to Debtors' Attorney at: Jones & Walden LLC, 699 Piedmont Ave, NE, Atlanta, Georgia 30309, Attn: Cameron M. McCord

**The undersigned is a holder of** [check one:]
    ___ a secured claim
    ___ an unsecured claim
    _x__ other: Cinelease's Contract is assumed as amended and extended on March 1, 2021

**Class 3 hereby:**

**__x____ Accepts      _____ Rejects Debtors' Plan of Reorganization**

Date: 3/10/2021                Creditor: <u>Cinelease, Inc.    </u>

                                        ***/s/ Henry F. Sewell, Jr.***
                                        Henry F. Sewell, Jr.
                                        Georgia Bar No. 636265
                                        2964 Peachtree Road NW, Suite 555
                                        Atlanta, GA 30305
                                        (404) 926-0053
                                        hsewell@sewellfirm.com
                                        *Counsel to Cinelease, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 10, 2021, a copy of the foregoing ***Ballot*** was served by the

Court's CM/ECF system on all counsel of record registered in this case through CM/ECF.

*/s/ Henry F. Sewell*
Henry F. Sewell, Jr.