IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>AREU STUDIOS, LLC,<br><br>Debtor. | CHAPTER 11<br><br>CASE NO. 20-71228-PMB |

### APPLICATION FOR FINAL DECREE

COMES NOW, Areu Studios, LLC ("Debtor"), debtor and debtor-in-possession, by and through the undersigned counsel, and hereby files this "Application for Final Decree" ("Application").

On March 17, 2020, the Court entered an order (Doc. No. 124) ("Confirmation Order") confirming Debtor's Plan (as modified or amended the "Plan"). There has been substantial consummation of the Plan. Debtor has assumed the management of all property dealt with by the Plan; and Debtor has commenced Plan payments to Class 8 Interest Claim holders.

### Report of Substantial Consummation

"Substantial consummation" is defined by 11 U.S.C. §1101(2), which provides as follows:

(2) "substantial consummation" means –
(A)  transfer of all or substantially all of the property proposed by the plan to be transferred;
(B)  assumption by the debtor or by the successor to the debtor under the plan of the business or of the management of all or substantially all of the property dealt with by the plan; and
(C)  commencement of distributions under the plan.

The requirements under 11 U.S.C. §1101(2) have been met and are summarized in the Final Report filed contemporaneously herewith.

**Application for Final Decree**

As shown above, there has been "substantial consummation" of the Plan as that term is defined by 11 U.S.C. §1101(2).  All property shall revest to Debtor on the Effective Date.  Debtor has assumed control over the property, and payments have commenced under the Plan.

WHEREFORE, Debtor respectfully requests that the Court grant the Application by entering a final decree in this case.

Respectfully submitted this 12th day of May, 2021.

**JONES & WALDEN LLC**

*/s/ Cameron M. McCord*
Cameron M. McCord
Georgia Bar No. 143065
Attorney for Debtor
699 Piedmont Avenue, NE
Atlanta, Georgia 30308
(404) 564-9300
cmccord@joneswalden.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE:<br><br>AREU STUDIOS, LLC,<br><br>　　　Debtor. | CHAPTER 11<br><br>CASE NO. 20-71228-PMB |

**CERTIFICATE OF SERVICE**

　　I certify that I caused a true and correct copy of the foregoing "Application for Final Decree" to be served upon the parties listed below via first class United States mail in a properly addressed envelope with sufficient postage affixed thereto to assure delivery upon the party listed below:

Office of the United States Trustee
362 Richard Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

　　This 12th day of May, 2021.

　　　　　　　　　　　　　　　　　　JONES & WALDEN LLC

　　　　　　　　　　　　　　　　　　*/s/ Cameron M. McCord*
　　　　　　　　　　　　　　　　　　Cameron M. McCord
　　　　　　　　　　　　　　　　　　Georgia Bar No. 143065
　　　　　　　　　　　　　　　　　　Attorney for Debtor
　　　　　　　　　　　　　　　　　　699 Piedmont Avenue, NE
　　　　　　　　　　　　　　　　　　Atlanta, Georgia 30308
　　　　　　　　　　　　　　　　　　(404) 564-9300
　　　　　　　　　　　　　　　　　　cmccord@joneswalden.com