# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>**AREU STUDIOS, LLC,**<br><br>    Debtor. | **CHAPTER 11**<br><br>**CASE NO. 20-71228-PMB** |

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

Please substitute Leon S. Jones and Leslie Pineyro ("Substituting Counsel") as counsel of record for Areu Studios, LLC ("Areu"), in place of counsel Cameron M. McCord ("Original Counsel"). Areu consents to the withdrawal of Original Counsel. Substituting Counsel's address, phone, fax, and bar number is as follows:

Leon S. Jones
Georgia Bar No. 003980
Jones & Walden LLC
699 Piedmont Avenue NE
Atlanta, GA 30308
Phone: (404) 564-9300
Fax: (404) 564-9301

Leslie Pineyro
Georgia Bar No. 969800
Jones & Walden LLC
699 Piedmont Avenue NE
Atlanta, GA 30308
Phone: (404) 564-9300
Fax: (404) 564-9301

All further pleadings, orders, and notices for Areu should be sent to Substituting Counsel.

This 2nd day of September, 2021.

Prepared and presented by:
**JONES & WALDEN LLC**
*/s/ Leon S. Jones*
Leon S. Jones
Georgia Bar No. 003980
Leslie Pineyro
Georgia Bar No. 969800
699 Piedmont Avenue NE
Atlanta, GA 30308
ljones@joneswalden.com
lpineyro@joneswalden.com
(404) 564-9300
*Substituting Counsel*

Agreed to by:

*/s/ Cameron M. McCord*
Cameron M. McCord
Georgia Bar No. 143065
699 Piedmont Avenue NE
Atlanta, GA 30308
cmccord@joneswalden.com
(404) 564-9300
*Original Counsel*

Acknowledged & Agreed to by:
**AREU STUDIOS, LLC**

By:  GREENBERG GEORGIA FILM AND TV STUDIO HOLDINGS, LLC,
Managing Member

By: */s/ Steven Greenberg*
Name: Steven Greenberg
Its: Authorized Signatory

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE:<br><br>AREU STUDIOS, LLC,<br><br>Debtor. | CHAPTER 11<br><br>CASE NO. 20-71228-PMB |

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing *Notice of Appearance and Substitution of Counsel* (the "Notice") was electronically filed using the Bankruptcy Court's Electronic Case Filing program which sends a notice of and an accompanying link to the Notice to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

- **Jonathan S. Adams**    jonathan.s.adams@usdoj.gov
- **Matthew R. Brooks**    matthew.brooks@troutmansanders.com
- **Garrett A. Nail**    gnail@pgnlaw.com
- **Michael D. Robl**    michael@roblgroup.com, max@roblgroup.com,lelena@roblgroup.com
- **Henry F. Sewell**    hsewell@sewellfirm.com, hsewell123@yahoo.com
- **Shawna Staton**    shawna.p.staton@usdoj.gov
- **Thomas R. Walker**    thomas.walker@fisherbroyles.com

This 2nd day of September, 2021.

                **JONES & WALDEN LLC**

                */s/ Leon S. Jones*
                Leon S. Jones
                Georgia Bar No. 003980
                Substituting Counsel
                699 Piedmont Avenue NE
                Atlanta, GA 30308
                ljones@joneswalden.com
                (404) 564-9300